# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:11CR00026-05 |
| v. | ) | **ORDER** |
| | ) | |
| CHRIS BERRY, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

Counsel for the United States filed a Motion for a One-Day Extension to have its response to defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be considered timely filed. Counsel explains that she needed an extra day due to additional, unexpected personal and professional responsibilities. Finding it appropriate, it is hereby **ORDERED** that the Motion for a One-Day Extension is GRANTED.

ENTER: January 21, 2016

/s/ James P. Jones
United States District Judge